DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:  +1 415 984 8700
Facsimile:   +1 415 984 8701

SCOTT W. PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone:  +1 650 473 2600
Facsimile:   +1 650 473 2601

Attorneys for Plaintiff
TRADER JOE'S COMPANY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>T-SHIRT AT FASHION LLC, entity of unknown jurisdiction, and DOES 1-5,<br><br>    Defendant. | Case No. 2:23-cv-03010-MWF-RAO<br><br>**DECLARATION OF TAYLOR LASTOR IN SUPPORT OF PLAINTIFF TRADER JOE'S *EX PARTE* MOTION FOR PERMISSION TO EFFECT SERVICE OF PROCESS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO SERVE DEFENDANT T-SHIRT AT FASHION LLC**<br><br>Date:    July 24, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Michael W. Fitzgerald |

## DECLARATION OF TAYLOR LASTOR

I, Taylor Lastor, declare as follows:

1. I am over 18 years of age and make this declaration based upon personal knowledge of facts set forth below except as to those matters stated on information and belief. As to those matters, I am informed and believe them to be true. If called upon to testify, I could and would testify under oath to the matters set forth herein.

2. I am an owner of the business TRE Racing Engines. This declaration is filed in support of Trader Joe's *Ex Parte* Motion for Permission to Effect Service by Alternative Means on Defendant T-Shirt AT Fashion LLC ("Defendant"), filed contemporaneously with this declaration.

3. I operate TRE Racing Engines with my wife, Rhonda Lastor, at the address 909 County Road 2216, Cleveland, Texas 77327.

4. TRE Racing Engines was founded in 1987. We build and service engines used for drag racing, circle track racing, pulling, and street machines. We have operated TRE Racing Engines from our Cleveland, Texas address since 2009.

5. I am informed and believe that Defendant claims to operate its T-shirt business from the same Cleveland, Texas address, and identifies my address on its website, at <https://t-shirtat.com> (the "Website").

6. I am not affiliated with Defendant and have never been affiliated with Defendant.

7. In the past several years, many people and businesses have attempted to contact Defendant at my address. For example, at least twenty others have come to my address attempting to serve Defendant with process. I have also received at my address many return orders of products purchased from Defendant via the Website.

8. I am informed and believe that people and businesses continue to attempt to contact Defendant at my address because Defendant advertises my

address as its own address on at least the Website.

9. I have been unable to make these people and businesses stop attempting to contact Defendant through my address, which has caused my family and me great irritation and distress.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and was executed on July 12, 2023 at Cleveland, Texas.

By: */s/ Taylor Lastor*
Taylor Lastor