DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:  +1 415 984 8700
Facsimile:   +1 415 984 8701

SCOTT W. PINK (S.B. #122383)
spink@omm.com
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone:  +1 650 473 2600
Facsimile:   +1 650 473 2601

Attorneys for Plaintiff
TRADER JOE'S COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| TRADER JOE'S COMPANY, a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>T-SHIRT AT FASHION LLC, entity of unknown jurisdiction, and DOES 1-5,<br><br>            Defendant. | Case No. 2:23-cv-03010-MWF-RAO<br><br>**DECLARATION OF MARGO EVASHEVSKI IN SUPPORT OF PLAINTIFF TRADER JOE'S *EX PARTE* MOTION FOR PERMISSION TO EFFECT SERVICE OF PROCESS BY ALTERNATIVE MEANS AND EXTENSION OF TIME TO SERVE DEFENDANT T-SHIRT AT FASHION LLC**<br><br>Date:   July 24, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Michael W. Fitzgerald |

## DECLARATION OF MARGO EVASHEVSKI

I, Margo Evashevski, declare as follows:

1. I am over 18 years of age and make this declaration based upon personal knowledge of facts set forth below except as to those matters stated on information and belief. As to those matters, I am informed and believe them to be true. If called upon to testify, I could and would testify under oath to the matters set forth herein.

2. I am a private investigator at 360 IQ and was hired by O'Melveny & Myers LLP ("O'Melveny"), counsel for Plaintiff Trader Joe's Company ("Trader Joe's") to assist in the above-captioned matter. This declaration is filed in support of Trader Joe's *Ex Parte* Motion for Permission to Effect Service of Process by Alternative Means on Defendant T-shirt AT Fashion LLC ("Defendant"), filed contemporaneously with this declaration.

3. On or about October 11, 2022, I was retained by O'Melveny to investigate Defendant and determine its authentic address for service of process.

4. In connection with this investigation, I was directed to purchase an article of Defendant's infringing merchandise from Defendant's website at <https://t-shirtat.com> (the "Website").

5. On October 12, 2022, I purchased an infringing product titled "Joe Biden traitor Joe's shirt" from Defendant via the Website. That same day, I emailed Defendant at support@t-shirtat.com, requesting to change the size of the product I had ordered.

6. On October 13, 2022, Defendant emailed me from support@t-shirtat.com, confirming my order. Later that same day, Defendant emailed me from support@t-shirtat.com again, confirming my request to change the size of the product I had ordered and updating the order. A true and correct copy of my October 12-13, 2022, email correspondence with Defendant is attached hereto as **Exhibit A**.

7. On or about October 25, 2022, I received the infringing product from Defendant. True and correct copies of photographs I took of the infringing product and the packaging it arrived in are attached hereto as **Exhibit B**.

8. On December 15, 2022, at O'Melveny's direction, I purchased another infringing product titled "Joe Biden traitor Joe's shirt" from Defendant via the Website. On December 18, 2022, Defendant sent me an email from support@t-shirtat.com, confirming my order.

9. On December 27, 2023, I received the infringing product from Defendant. True and correct copies of photographs I took of the infringing product and the packaging it arrived in are attached hereto as **Exhibit C**.

10. On January 9, 2023, I sent an email to Defendant at support@t-shirtat.com, requesting information regarding product exchanges. On January 10, 2023, Defendant responded to me from support@t-shirtat.com. A true and correct copy of my December 18, 2022 – January 10, 2023 email thread with Defendant is attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and was executed on July 13, 2023 at San Francisco, California.

/s/ Margo Evashevski
Margo Evashevski