# EXHIBIT A

Gmail - Your T-Shirt AT Fashion LLC order has been received!

Case 2:23-cv-03010-MWF-RAO   Document 13-1   Filed 07/13/23   Page 2 of 4   Page ID #:68

1/9/23, 2:27 PM



rockspaper X <rockspaperx@gmail.com>

# Your T-Shirt AT Fashion LLC order has been received!
4 messages

**T-Shirt AT Fashion LLC** <support@t-shirtat.com>  
Reply-To: T-shirt AT Clothing Fashion Store <support@t-shirtat.com>  
To: rockspaperx@gmail.com

Wed, Oct 12, 2022 at 1:43 PM



## Thank you for your order

Hi Margo,

Just to let you know — we've received your order #1785802, and it is now being processed:

### [Order #1785802] (October 13, 2022)

| Product | Quantity | Price |
|---|---|---|
| Joe Biden traitor Joe's shirt<br>**Style:** Classic Mens Shirt ($0.00)<br>**Color:** ■White | 1 | $22.99 |

| | |
|---|---|
| **Size:** L ($0.00) | |
| **Subtotal:** | $22.99 |
| **Shipping:** | $4.99 via Standard Shipping |
| **CA State Tax:** | $1.72 |
| **Payment method:** | Credit Card |
| **Total:** | $29.70 |

## Billing address

*Margo Evashevski*
[2295 Vallejo St](#)
*505*
*San Francisco, CA 94123*
[rockspaperx@gmail.com](#)

## Shipping address

*Margo Evashevski*
[2295 Vallejo St](#)
*505*
*San Francisco, CA 94123*

Your order is being processed by our production team. We will send an update when the order is comleted. Thank you!

T-shirt AT Clothing Fashion Store – Powered by WooCommerce

---

**rockspaperx@gmail.com** <rockspaperx@gmail.com>　　　　　　　　　　　　　　Wed, Oct 12, 2022 at 1:48 PM
To: T-shirt AT Clothing Fashion Store <support@t-shirtat.com>

　　Just realizing it's a men's size.  Can I switch to medium?

[Quoted text hidden]

---

**AT T-shirt** <support@t-shirtat.com>  
To: "rockspaperx@gmail.com" <rockspaperx@gmail.com>

Thu, Oct 13, 2022 at 3:57 PM

Hi Margo,  
Thank you for contacting us. Your order has been updated:
- **Style: Classic Mens Shirt**
- **Color: White**
- **Size: M**

If any questions arise, feel free to contact us.  
Thank you and best regards,

[Quoted text hidden]

--

*T-shirtAT Premium Fashion Team*  
*https://t-shirtat.com/*

---

[Quoted text hidden]