# EXHIBIT B



PORTEOUS GIFT STORE
PORTEOUS GIFT STORE
1915 S. SUSAN ST.
SANTA ANA CA 92704

PS LIGHTWEIGHT
U.S. POSTAGE PAID
UPS MAIL INNOVATIONS
eVS

SHIP TO: MARGO EVASHEVSKI
MARGO EVASHEVSKI
2295 VALLEJO ST
505
SAN FRANCISCO CA 94123



UPS MAIL INNOVATIONS
MMID #: 80310292909270377
PACKAGE ID #: 5852175079

XOL 22 10 12 *

USPS TRACKING # eVS



9274 8903 0291 4201 1100 0003 60

Ref: 5852175079