# EXHIBIT C



T-SHIRT AT FASHION LLC
T-SHIRT AT FASHION LLC
4855 ALPINE RD, STE 190
STAFFORD TX 77477

PS LIGHTWEIGHT
U.S. POSTAGE PAID
UPS MAIL INNOVATIONS
eVS

SHIP
TO:
MARGO EVASHEVSKI
MARGO EVASHEVSKI
2295 VALLEJO ST
505
SAN FRANCISCO CA 94123

**UPS MAIL INNOVATIONS**
MMID #: 803102935291820319
PACKAGE ID #: 5853642167

XOL 22.12.20 *

USPS TRACKING # eVS

9274 8903 0298 2854 3401 3755 79

Ref1:5853642167

PS LIGHTWEIGHT
US POSTAGE PAID
UPS MAIL INNOVATIONS
eVS

USPS TRACKING # eVS

14 – CL
"1 – X    634    94123    28
14 – SA133    0026411
24    109    122122

14

ZIP 94123