# EXHIBIT D

Case 2:23-cv-03010-MWF-RAO Document 13-4 Filed 07/13/23 Page 1 of 4 Page ID #:77

  rockspaper X <rockspaperx@gmail.com>

## Your T-Shirt AT Fashion LLC order is now complete
3 messages

**T-Shirt AT Fashion LLC** <support@t-shirtat.com>  Sun, Dec 18, 2022 at 5:22 AM
Reply-To: T-shirt AT Clothing Fashion Store <support@t-shirtat.com>
To: rockspaperx@gmail.com



### Thanks for shopping with us

Hi Margo,

The order has been completed and you will receive tracking code within 5 to 7 business days after receiving this email. Your order might be delayed due to the Weather conditions, Traffic, High volume shipments or Pandemic, Protests,... Please understand this situation

### [Order #1965657] (December 15, 2022)

| Product | Quantity | Price |
| --- | --- | --- |
| Joe Biden traitor Joe's shirt  **Style:** Unisex Long Sleeve Tee ($4.00) | 1 | $26.99 |

| | | |
|---|---|---|
| **Color:** ■ Black <br><br> **Size:** S | | |
| Subtotal: | | $26.99 |
| Shipping: | | $5.99 via Standard Shipping |
| CA State Tax: | | $2.02 |
| Payment method: | | Credit Card |
| Total: | | $35.00 |

**Billing address**

*Margo Evashevski*
[2295 Vallejo St](#)
*505*
*San Francisco, CA 94123*
[rockspaperx@gmail.com](#)

**Shipping address**

*Margo Evashevski*
[2295 Vallejo St](#)
*505*
*San Francisco, CA 94123*

Notice: Your order has been fulfilled and will be shipped out soon. You will receive the tracking number within 3-7 business days! Thank you!

T-shirt AT Clothing Fashion Store – Powered by WooCommerce

---

**rockspaperx@gmail.com** <rockspaperx@gmail.com>    Mon, Jan 9, 2023 at 2:36 PM
To: T-shirt AT Clothing Fashion Store <support@t-shirtat.com>

Hi-

The shirt I purchased as a gift is too small.    How do I  exchange for a Medium?

Thanks!

[Quoted text hidden]

---

**AT T-shirt** <support@t-shirtat.com>　　　　　　　　　　　　　　　　　　　Tue, Jan 10, 2023 at 2:44 AM
To: "rockspaperx@gmail.com" <rockspaperx@gmail.com>

Hi Margo,
Thanks for contacting us.
We are sorry that you can not change the sizing if the product was made. Our business model is Made To Order, when the product is made, we can not sell it for any else. Therefore, we don't accept return products. Please understand!
In this case, we can help you make another one at a 30% discount. We will put it in our high priority and process it immediately.
We are looking forward to hearing from you soon.

Thanks and best regards.

[Quoted text hidden]

--
*T-shirtAT Premium Fashion Team*
*https://t-shirtat.com/*